```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12585
   MARIA LUISA BENAVIDES
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3716


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/15/07 and confirmed on 09/19/07.

    2.  The case was dismissed after confirmation, 03/14/2008.

    3.  The Debtor paid a total of $    7726.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 5356.62 | .00 | 5356.62 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | SECURED | 1979.58 | .00 | 1979.58 |
| CITIFINANCIAL | SECURED | 500.00 | .00 | 23.33 |
| KENDALL COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | SECURED | 500.00 | .00 | 23.33 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 652.92 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 6578.58 | .00 | .00 |
| AMERICAN SUZUKI FINANCIA | UNSECURED | 769.08 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8989.12 | .00 | 7347.66 | .00 | 16336.78 |
| PRINCIPAL PAID | 7382.86 | .00 | .00 | .00 | 7382.86 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7382.86 | .00 | .00 | .00 | 7382.86 |

```
The Debtor's attorney, GARY L SHILTS            , was allowed $   3200.00
and was paid $   1200.00  direct and $       .00  through the plan.

The Trustee received $    343.14 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 06/24/08                          /s/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 07 B 12585 MARIA LUISA BENAVIDES